IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 373

| | |
|---|---|
| AL HAMRA TRADING, EST., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| DIAMONDBACK TACTICAL, LLLP; ) | |
| D-BACK ACQUISITION CO., FIRST ) | |
| CHOICE ARMOR AND EQUIPMENT, ) | |
| INC.; KAREN HERMAN; and DANIEL ) | |
| WALSH, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Edward L. Bleynat, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Tarek F. Abdalla. It appearing that Tarek F. Abdalla is a member in good standing with the Pennsylvania State Bar and will be appearing with Edward L. Bleynat, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Edward L. Bleynat, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#19) of Tarek F. Abdalla is

1

**GRANTED**, and that Tarek F. Abdalla is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Edward L. Bleynat, Jr.

Signed: March 7, 2013

Dennis L. Howell
United States Magistrate Judge

2