IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv373

| | |
|---|---|
| AL HAMRA TRADING EST., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| DIAMONDBACK TACTICAL, LLLP, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Joint Motion for Substitution of Mediator [# 72]. Upon a review of the record and for good cause shown, the Court **GRANTS** the motion [# 72]. The Court **SUBSTITUES** Gary S. Hemric as the mediator in this case.

Signed: May 12, 2014

Dennis L. Howell
United States Magistrate Judge

-1-