# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv373

| | |
|---|---|
| AL HAMRA TRADING EST., ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DIAMONDBACK TRACTICAL, LLLP, ) | |
|  et al. ) | |
| ) | |
|     **Defendants.** ) | |
| _____ ) | |

Pending before the Court are the Motions to Withdraw as Counsel [# 78 & # 77] and the Emergency Motion to Postpone May 15, 2014 Mediation [# 76]. Attorneys Edward Bleynat, Jr., Tarek Abdalla, and Thomas Pohl move to withdraw as counsel. In addition, Plaintiff moves to postpone the mediation scheduled in this case. Plaintiff consents to the withdrawal of its counsel in this case. Upon a review of the record and the motions of counsel, the Court **GRANTS** the motions [# 77 & 78]. The Clerk shall **REMOVE** Edward Bleynat and the law firm of Ferikes & Bleynat PLLC and Tarek Abdalla and Thomas Pohl and the law firm of Reed Smith LLP as attorneys of record in this case. The Clerk shall mail a copy of this Order to Plaintiff at the following address:

      Gianluca Grillo, Esq.
      General Counsel
      Al Hamra Trading Est.
      P.O. Box 392
      Abu Dhabi
      United Arab Emirates

In addition, the Court **DIRECTS** former attorneys of record to serve a copy of this Order on Plaintiff within five (5) days of the entry of this Order. The Court **DIRECTS** Plaintiff to obtain new counsel and have counsel enter an appearance in this case within ten (10) days of the entry of this Order. As a corporation, Plaintiff may not proceed *pro se* in this Court and must be represented by counsel. If Plaintiff fail to obtain new counsel within ten (10) days of the entry of this Order, the Court will recommend that the District Court dismiss this case.

Finally, the Court notes that on May 2, 2014, the Court denied the Motion for Extension of Time. (Order, May 2, 2014.) Mediation is scheduled to occur by May 15, 2014. Summary Judgment motions are due June 1, 2014. It appears to the Court that by terminating counsel at such a late date, Plaintiff hopes to force this Court into accepting the extension of time that it previously refused to grant. Such tactics, however, will not be rewarded by this Court. In the interest of justice and the possibility of resolving this case without further litigation, the Court **GRANTS** the motion [# 76]. The parties shall have until June 1, 2014, to complete mediation in this case. The Court will not extend the dispositive motion

deadline. Plaintiff will have to live with the consequences of terminating its counsel at such a late date.

Signed: May 15, 2014

Dennis L. Howell
United States Magistrate Judge