THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00373-MR-DLH

| | |
|---|---|
| AL HAMRA TRADING EST., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DIAMONDBACK TACTICAL, LLLP; ) | |
| D-BACK ACQUISITION CO.; FIRST ) | |
| CHOICE ARMOR AND EQUIPMENT, ) | |
| INC.; KAREN HERMAN; and ) | |
| DANIEL WALSH, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On May 27, 2014, the Defendants Karen Herman and Daniel Walsh filed a Motion for Summary Judgment and a supporting memorandum. [Doc. 84]. The Defendants' filing, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 64 at 5]. Accordingly, the Defendants' Motion and supporting memorandum will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion and supporting memorandum [Doc. 84] are **STRICKEN**. The Defendants may

file a summary judgment motion and brief which complies with the requirements of this Court on or before **June 1, 2014**.

**IT IS SO ORDERED.** Signed: May 28, 2014

Martin Reidinger
United States District Judge