THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00373-MR-DLH

| | |
|---|---|
| AL HAMRA TRADING, EST., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DIAMONDBACK TACTICAL, LLLP; D-BACK ACQUISITION CO.; FIRST CHOICE ARMOR AND EQUIPMENT, INC.; KAREN HERMAN; and DANIEL WALSH, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

**FOR THE REASONS** set forth in the Memorandum of Decision and Order filed contemporaneously herewith, **IT IS, THEREFORE, ORDERED ADJUDGED, AND DECREED** that Defendants' Amended Motion for Summary Judgment is **GRANTED**; the Plaintiff's claims against Defendants Daniel Walsh and Karen Herman are hereby **DISMISSED**; and the Plaintiff's claims against the Defendant First Choice Armor and Equipment, Inc. are **DISMISSED**.

Martin Reidinger
United States District Judge